IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER GRABEK,

        Plaintiff,                    No. CIV S-10-2892 GGH P

    vs.

KATHLEEN DICKINSON, Warden,
et al.,

        Defendants.            ORDER

                                    /

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

        By an order filed December 23, 2010, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On January 12, 2011, plaintiff submitted the USM-285 forms but failed to submit the six copies of the complaint.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send a copy of the complaint submitted by plaintiff on October 27, 2010; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the six copies of the complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: January 19, 2011

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:mp
grab2892.8f