IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER GRABEK,** | Case No. 2:10-cv-2892-WBS-GGH P |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **KATHLEEN DICKINSON, WARDEN, et al.,** | |
| Defendants. | |

Defendants have requested that documents filed in support to their motion for summary judgment be sealed. The Court finds good cause and orders as follows:

1. Defendants' request to seal documents is granted;

2. Defendants' Undisputed Statement of Facts and Defendants' Exhibit A (Declaration of Steven Mo, M.D., with attachments) shall be sealed for the duration of this action.

3. The Court, the parties, and their agents and attorneys of record shall have access to those documents.

Dated: February 22, 2012         /s/ Gregory G. Hollows
                                  _____
                                  MAGISTRATE JUDGE GREGORY G. HOLLOWS

Grab2892.slo

1